# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EDNA IGAYAC and ALBERT IGAYAC, | 2:09-CV-00243-PMP-PAL |
| Plaintiffs, | **ORDER** |
| vs. | |
| INDYMAC BANK, QUALITY LOAN SERVICE CORP., et al., | |
| Defendants. | |

Before the Court for consideration is Defendant Indymac Federal Bank, FSB's Motion to Dismiss (Doc. #7), filed on February 9, 2009. On February 11, 2009, the Court entered an Order advising Plaintiffs Edna Igayac and Albert Igayac of the responsibility to file a response to Defendant's motion to dismiss within 15 days. Plaintiffs have failed to do so.

Having read and considered the foregoing, the Court finds that by Plaintiffs failing to file an opposition to Defendant's motion to dismiss, Plaintiffs have consented to the granting of Defendant's motion to dismiss in accord with the Local Rules of Practice of this Court. Moreover, a review of Defendant's Motion to Dismiss (Doc. #7) shows that for the reasons stated therein, Defendant is entitled to the relief requested.

**IT IS THEREFORE ORDERED that** Defendant Indymac Federal Bank, FSB's Motion to Dismiss (Doc. #7) is GRANTED and the Clerk of Court shall forthwith enter judgment in favor of Defendant Indymac Federal Bank, FSB and against Plaintiffs Edna Igayac and Albert Igayac.

**IT IS FURTHER ORDERED that** the Minute Order (Doc. #9) setting a Motion Hearing for March 30, 2009, at 2:00 p.m., is hereby VACATED.

DATED: March 12, 2009.

_____
PHILIP M. PRO
United States District Judge